UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GONZALES et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>                          Defendant. | Case No.:  15-cv-1033-L(RBB)<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

The Court has not timely received the proposed pretrial order.  *See* Civ. Loc. Rule 16.1.f.6.  Accordingly, the final pretrial conference, currently set on this Court's calendar for June 5, 2017, is **CONTINUED to June 19, 2017, at 11:00 a.m.**  No later than June 12, 2017, Plaintiff shall lodge the proposed pretrial order by e-mailing a copy to efile_lorenz@casd.uscourts.gov and delivering a hard copy to chambers.

**IT IS SO ORDERED.**

Dated:  May 31, 2017

                                                      */s/ M. James Lorenz*
                                                      Hon. M. James Lorenz
                                                      United States District Judge