1  Michael A. Feldman, SBN: 110580
**THE FELDMAN LAW GROUP**
2  3636 4ᵗʰ Avenue, Suite 200
San Diego, CA 92103
3  Telephone: (619) 297-5811
Facsimile: (619) 600-5318

4

5  Attorneys for Plaintiffs, HENRY GONZALES and
CLARA ISABEL CASTRO
6

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  HENRY GONZALES, an individual; and     ) **CASE NO.** 15CV1033 L RBB
CLARA ISABEL CASTRO, an individual       )
12                                        )  **PLAINTIFF'S REPLY TO**
                                          )  **DEFENDANT'S RESPONSE TO ORDER**
13      Plaintiffs,                       )  **TO SHOW CAUSE**
                                          )
14  vs.                                   )
                                          )
15  CITY OF SAN DIEGO, and DOES 1         )
THRU 50, INCLUSIVE,                       )  Judge :          Hon. M. James Lorenz
16                                        )  Magistrate Judge: Ruben B. Brooks
        Defendants.                       )  Dept.:           5B
17                                        )
                                          )
18                                        )
                                          )
19  _____ )

20       Plaintiff, HENRY GONZALES submits the following Reply to Defendant's Response to

21  Order to Show Cause why this case should not be remanded to Superior Court.

22       Plaintiff, HENRY GONZALES is abandoning the claim under 42 U.S.C. § 1983 because the

23  City of San Diego is the only defendant in this action. The individual officer is not a named

24  defendant. Accordingly, plaintiff agrees with the reasoning set forth in the Court's order to show

25  cause, and concurs that this case should be transferred to the Superior Court of The State of

26  California.

27

28  **PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

1   Respectfully submits,

2   DATED: 7/17/17                    By:   _____
                                            MICHAEL A. FELDMAN
3                                           Attorney for Plaintiffs
                                            HENRY GONZALES and
4                                           CLARA CASTRO

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    **PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**